**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

MIKE BARNETT,
MIKE PETERSON,
RICHARD KLATASKA,
JOSEPH RAYMOND, AND
DANIEL ZUKOWSKER,

      Plaintiffs,

v.

PIKES PEAK COMMUNITY COLLEGE POLICE DEPARTMENT,
DEPARTMENT OF PERSONNEL AND ADMINISTRATION,
KATHY NESBITT, in her Official Capacity,

      Defendants.

**NOTICE OF REMOVAL**

Under 28 U.S.C.A. §§ 1331, 1367, 1441, and 1446 (West 2014), and D.C.COLO.LCivR 81.1, Defendants, the Pikes Peak Community College Police Department, the Department of Personnel and Administration, and Kathy Nesbitt (in her official capacity), by and through counsel, Cathy Havener Greer, William T. O'Connell, III, and Stephen E. Baumann II, of Wells, Anderson & Race LLC, hereby file this Notice of Removal of the above action from the District Court for the City and County of Denver, Colorado to the United States District Court for the District of Colorado. Copies of all pleadings are filed with this Notice under 28 U.S.C. § 1446(a). As grounds for removal, Defendants state:

1. On September 23, 2014, Plaintiffs Mike Barnett, Mike Peterson, Richard Klataska, Joseph Raymon, and Daniel Zukowsker filed an action in the District Court for the City and County of Denver, Colorado, styled *Mike Barnett, Mike Peterson, Richard Klataska, Joseph Raymon, and Daniel Zukowsker v. Pikes Peak Community College Police Department, Department of Personnel and Administration, and Kathy Nesbitt, in her official capacity*, Case No. 2014CV033667.  *See* Compl.

2. Plaintiffs served Defendants the Department of Personnel and Administration and Kathy Nesbitt in her official capacity[1] on September 25, 2014.  *See* Ex. A.  They served the Pikes Peak Community College Policy Department[2] on September 30, 2014.  *See* Ex. B.  Because this Notice of Removal is filed within thirty days of Defendants having received the Summons and Complaint, it is filed timely under 28 U.S.C. § 1446(b).

3. Plaintiffs assert generally that they were required to work more hours than that for which they received compensation.  *See* Compl. ¶¶ 13, 17, 18, 22.  Specifically, they assert claims for violations of the Fair Labor Standards Act ("FLSA"), for violations of the Fourteenth Amendment's substantive due process clause under 42 U.S.C. § 1983, and for breach of contract.  *See* Compl. ¶¶ 29-49.

4. The district courts of the United States have original jurisdiction under 28 U.S.C. § 1331 because Plaintiffs present a federal question.  Plaintiffs' Complaint asserts claims under the FLSA, 29 U.S.C. §§ 201-219, as well as under 42 U.S.C. § 1983 and the Fourteenth

---

[1] Claims against the Department of Personnel and Administration and against Kathy Nesbitt in her official capacity are redundant, and the latter should be dismissed. *Kentucky v. Graham*, 473 U.S. 159, 165 (1985).

[2] The Pikes Peak Community College Police Department is not a separate legal entity subject to suit.

Amendment to the U.S. Constitution. *See* Compl. ¶¶ 29-44. Plaintiffs allege that they were denied compensation due to them under federal law. *See id.* ¶¶ 1, 27, 29-44. Plaintiff Mike Peterson also alleges that he was retaliated against for filing a complaint under the FLSA. *See id.* ¶¶ 33-37. Therefore, this is a civil action arising under the Constitution and laws of the United States. *See* 28 U.S.C. § 1331.

5. Plaintiffs also allege a breach of contract claim. *See* Compl. ¶¶ 45-49. The district courts of the United States have supplemental jurisdiction over such claims under 28 U.S.C. § 1367(a). Plaintiffs' breach of contract claim is so related to the claims under the FLSA and 42 U.S.C. § 1983 that they form part of the same case or controversy under Article III of the U.S. Constitution; namely, that Defendants failed to pay Plaintiffs "their full hourly wages for all hours they worked as law enforcement officers for Pikes Peak Community College." Compl. ¶ 47; *see also* 28 U.S.C. § 1367(a).

6. All Defendants have consented to removal. *See* 28 U.S.C. § 1446(b)(2)(A). Defendants have not, however, in any way consented to waiver of any immunity defense that may be available to them now or in the future. *See, e.g., Alden v. Maine*, 527 U.S. 706 (1999); *Trant v. Oklahoma*, 754 F.3d 1158, 1172-74 (10th Cir. 2014); *Churchill v. Univ. of Colo. at Boulder*, 2012 CO 54, ¶¶ 18, 32-35, 285 P.3d 986, 994, *cert. denied,* 133 S. Ct. 1724 (U.S. 2013).

7. The United States District Court for the District of Colorado is the proper court for filing a notice of removal from the District Court in and for the City and County of Denver, Colorado, where this action is pending.

8.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the District Court in and for the City and County of Denver, Colorado, and a copy has been served on Plaintiffs, as indicated on the attached certificate of service.

WHEREFORE, Defendants, the Pikes Peak Community College Police Department, the Department of Personnel and Administration, and Kathy Nesbitt, in her Official Capacity, remove this action from the District Court in and for the County of Denver, Colorado, to the United States District Court for the District of Colorado.

Dated this 16th day of October, 2014.

Respectfully submitted,

*S/ Cathy Havener Greer*

_____
Cathy Havener Greer
William T. O'Connell, III
Stephen E. Baumann II
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
Telephone: (303) 830-1212
E-mail: cgreer@warllc.com
E-mail: woconnell@warllc.com
E-mail: sbaumann@warllc.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 16, 2014, a true and correct copy of the above and foregoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Reid J. Elkus, Esq.
Scott D. McLeod, Esq.
Elkus Sisson & Rosenstein, P.C.
501 South Cherry Street, Suite 920
Denver, CO 80246
Email: relkus@elkusandsisson.com
Email: smcleod@elkusandsisson.com
*Attorneys for Plaintiffs*

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participants name:

Via Electronic Mail:
Pikes Peak Community College Police Department
Department of Personnel and Administration
Kathy Nesbitt

*S/ Barbara McCall*
Barbara McCall
Email: bmccall@warllc.com