**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  14-cv-02820-LTB

MIKE BARNETT,
MIKE PETERSON,
RICHARD KLATASKA,
JOSEPH RAYMOND, and
DANIEL ZUKOWSKER,

       Plaintiffs,

v.

PIKES PEAK COMMUNITY COLLEGE POLICE DEPARTMENT,
DEPARTMENT OF PERSONNEL AND ADMINISTRATION,
KATHY NESBITT, in her Official Capacity,

       Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiffs' Unopposed Motion for Leave to File Out of Time Their Response to the Motion to Dismiss (Doc 13 - filed November 18, 2014) is **GRANTED**.  The Response is due **on or before December 1, 2014**.

Dated:  November 19, 2014

---